# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sweeney II, James R. | U.S. District Court, Southern District of Indiana | 05/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

46 E. Ohio Street
Indianapolis, IN 46204

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee Member | The Reserve Officers Association of the United States |
| 2. | Member | Atir Semaj LLC |
| 3. | Member | Brebeuf Preparatory School Alumni Board |
| 4. | Member | Homeless Veterans Assistance Foundation |
| 5. | Member | Indiana Bar Association Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | Barnes & Thornburg LLP-Partnership Agreement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University, Antonin Scalia Law School | February 1-5, 2020 | Key West, FL | Judicial Education | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) ▉ Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Alliant FCU (cash) | A | Interest | M | T | | | | | |
| 3. First Financial Bank (cash) | A | Interest | J | T | | | | | |
| 4. NFCU (cash) | A | Interest | P1 | T | | | | | |
| 5. Navy Mutual Aid Association (whole life insurance policy) | A | Dividend | M | T | | | | | |
| 6. Gard Group LLC | | None | K | V | | | | | |
| 7. Account #1 (H) | | | | | | | | | |
| 8. Stifel Insured Bank Account (cash) | A | Interest | J | T | | | | | |
| 9. IVA Worldwide Cl A (IVWAX) | A | Dividend | M | T | | | | | |
| 10. Account #2 (H) | | | | | | | | | |
| 11. Stifel Insured Bank (cash) | A | Interest | M | T | | | | | |
| 12. Capital One Bank USA NA Glen Allen VA CD FDIC #33954▉ | A | Interest | | | Redeemed | 07/29/20 | K | | |
| 13. BMW Bank of North Amer Salt Lake City UT CD FDIC #35141▉ | A | Interest | | | Redeemed | 11/18/20 | K | | |
| 14. BMW Bank of North Amer Salt Lake City UT CD FDIC #35141▉ | A | Interest | J | T | | | | | |
| 15. Account #3 (H) | | | | | | | | | |
| 16. Newport Group B&T Self Direct (cash equivalent) (X) | F | Dividend | N | T | | | | | |
| 17. Fidelity 500 Index Institution (FXAIX) | A | Dividend | L | T | Sold (part) | 01/03/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Low-Priced Stock (FLPSX) | C | Dividend | K | T | Sold (part) | 01/03/20 | K | | |
| 19. Harbor Capital Appr Ret (HNACX) | B | Dividend | K | T | | | | | |
| 20. Keybank EB Magic 20 Fund (EBMGICX) | A | Dividend | N | T | Buy (add'l) | 01/03/20 | J | | |
| 21. Pimco Total Return Instl (PTTRX) | E | Dividend | N | T | Buy (add'l) | 01/03/20 | L | | |
| 22. Schwab Treas Infl-Prot Sec Idx (SWRSX) | D | Dividend | N | T | Buy (add'l) | 01/03/20 | N | | |
| 23. Vanguard Retirement Inc Instl (VTINX) | | None | | | Sold | 01/03/20 | L | A | |
| 24. Vanguard Windsor II Fund (VWNAX) | | None | | | Sold | 01/03/20 | M | | |
| 25. Account #4 (H) | | | | | | | | | |
| 26. Federated Government OBL-SEL Money Market (cash) (X) | A | Dividend | J | T | | | | | |
| 27. Ferrarri NV (RACE) | A | Dividend | J | T | | | | | |
| 28. Alibaba Group Holding LTD (BABA) | | None | J | T | | | | | |
| 29. Amazon Com Inc (AMZN) | | None | K | T | Buy (add'l) | 03/02/20 | J | | |
| 30. Churchill Downs Inc (CHDN) | A | Dividend | J | T | | | | | |
| 31. Draftkings Inc Cl A (DKNG) | | None | J | T | Buy | 05/14/20 | J | | |
| 32. LVMH Moet Hennessy Louis (LVMUY) | A | Dividend | J | T | | | | | |
| 33. MGM Resorts Intl (MGM) | A | Dividend | | | Buy (add'l) | 03/02/20 | J | | |
| 34. | | | | | Sold | 04/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   Shenzhou Internati-Unsp Adr (SHZHY) | A | Dividend | J | T | | | | | |
| 36.   Pernod Ricard (PDRDF) | A | Dividend | J | T | | | | | |
| 37.   Walmart Inc (WMT) | A | Dividend | J | T | Sold<br>(part) | 03/13/20 | J | A | |
| 38.   Berkshire Hathaway Inc (BRKB) | | None | | | Sold<br>(part) | 03/13/20 | J | A | |
| 39. | | | | | Sold | 04/20/20 | J | B | |
| 40.   Intercontinental Exchange Inc (ICE) | A | Dividend | J | T | | | | | |
| 41.   Astrazeneca PLC (AZN) | A | Dividend | | | Buy | 04/22/20 | J | | |
| 42. | | | | | Sold | 12/31/20 | J | | |
| 43.   Intuitive Surgical Inc (ISRG) | | None | J | T | | | | | |
| 44.   Lilly Eli & Co (LLY) | A | Dividend | J | T | | | | | |
| 45.   Merck & Co Inc (MRK) | A | Dividend | J | T | | | | | |
| 46.   Novo Nordisk AS (NVO) | A | Dividend | J | T | Buy | 04/22/20 | J | | |
| 47.   Pfizer Inc (PFE) | A | Dividend | J | T | | | | | |
| 48.   Quidel Corp (QDEL) | | None | J | T | Buy | 04/22/20 | J | | |
| 49.   Unitedhealth Group Inc (UNH) | A | Dividend | K | T | | | | | |
| 50.   Costar Group Inc (CSGP) | | None | J | T | | | | | |
| 51.   Huntington Ingalls Inds Inc (HII) | A | Dividend | | | Sold | 04/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sweeney II, James R.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Northrop Grumman Corp (NOC) | A | Dividend | J | T | | | | | |
| 53. Southwest Airlines Co (LUV) | | None | | | Buy | 03/13/20 | J | | |
| 54. | | | | | Sold | 04/16/20 | J | | |
| 55. Stanley Black & Decker Inc (SWK) | A | Dividend | | | Sold | 04/17/20 | J | | |
| 56. Union Pacific Corp (UNP) | A | Dividend | J | T | | | | | |
| 57. Waste Management Inc (IWM) | A | Dividend | J | T | | | | | |
| 58. Adobe Systems Inc (ADBE) | | None | J | T | | | | | |
| 59. Apple Inc (AAPL) | A | Dividend | K | T | Sold<br>(part) | 01/07/20 | J | C | |
| 60. IAC Holdings (IAC) (was IAC/Interactive Corp-W/I (IAC)) | | None | | | Buy<br>(add'l) | 03/02/20 | J | | |
| 61. | | | | | Sold | 10/23/20 | J | B | |
| 62. Intel Corp (INTC) | A | Dividend | | | Sold | 07/29/20 | J | A | |
| 63. Mastercard Inc Cl A (MA) | A | Dividend | J | T | | | | | |
| 64. Microsoft Corp (MSFT) | A | Dividend | K | T | Sold<br>(part) | 03/13/20 | J | B | |
| 65. Motorola Solutions Inc (MSI) | A | Dividend | | | Sold | 08/13/20 | J | B | |
| 66. Paypal Holdings Inc-W/I (PYPL) | | None | J | T | | | | | |
| 67. Qorvo Inc (QRVO) | | None | J | T | Buy | 07/30/20 | J | | |
| 68. Skyworks Solutions Inc (SWKS) | A | Dividend | J | T | Buy | 07/30/20 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Texas Instruments Inc (TXN) | A | Dividend | J | T | | | | | |
| 70. | Zebra Technologies Corp Class A (ZBRA) | | None | J | T | Sold<br>(part) | 01/07/20 | J | A | |
| 71. | | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 72. | Martin Marietta Materials Inc (MLM) | A | Dividend | J | T | Buy | 08/13/20 | J | | |
| 73. | Alphabet Inc/CA-CL A (GOOGL) | | None | K | T | | | | | |
| 74. | Comcast Corp (CMCSA) | A | Dividend | J | T | | | | | |
| 75. | Disney Walt Co (DIS) | A | Dividend | K | T | Buy<br>(add'l) | 03/02/20 | J | | |
| 76. | Electronic Art (EA) | A | Dividend | J | T | | | | | |
| 77. | Facebook Inc (FB) | | None | K | T | | | | | |
| 78. | Madison Square Garden Sports Corp (MSGS) | | None | J | T | | | | | |
| 79. | Madison Square Garden Entertainment Corp Cl A (MSGE) (X) | | None | J | T | | | | | |
| 80. | Match Group Inc (MTCH) (X) | | None | J | T | | | | | |
| 81. | Sirius XM Holdings (SIRI) | A | Dividend | | | Sold | 04/17/20 | J | | |
| 82. | Tencent Holdings Ltd (TCEHY) | A | Dividend | J | T | | | | | |
| 83. | Twitter Inc (TWTR) | | None | J | T | Sold<br>(part) | 04/22/20 | J | | |
| 84. | Viper Energy Partners LP (VNOM) | A | Dividend | | | Sold | 04/16/20 | J | | |
| 85. | Account #5 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Stifel Insured Bank Account (cash) | A | Interest | K | T | | | | | |
| 87. Adobe Inc (ADBE) | | None | K | T | | | | | |
| 88. Alibaba Group Holding LTD Spons Ads (BABA) | | None | K | T | | | | | |
| 89. Alphabet Inc Cl A (GOOGL) | | None | K | T | | | | | |
| 90. Amazon.com Inc (AMZN) | | None | K | T | Buy (add'l) | 02/27/20 | J | | |
| 91. Apple Inc (AAPL) | A | Dividend | L | T | Sold (part) | 01/06/20 | J | D | |
| 92. Astrazeneca PLC Sponsored ADR (AZN) | A | Dividend | | | Buy | 04/20/20 | J | | |
| 93. | | | | | Sold | 12/31/20 | J | | |
| 94. Berkshire Hathaway Inc Cl B (BRK/B) | | None | | | Sold (part) | 03/16/20 | J | B | |
| 95. | | | | | Sold | 04/17/20 | J | B | |
| 96. Churchill Downs Inc (CHDN) | A | Dividend | K | T | | | | | |
| 97. Comcast Corp Cl A (CMCSA) | A | Dividend | K | T | | | | | |
| 98. Costar Group Inc (CSGP) | | None | K | T | | | | | |
| 99. Walt Disney Co (DIS) | A | Dividend | K | T | Buy (add'l) | 02/27/20 | J | | |
| 100. Draftkings Inc Cl A (DKNG) | | None | K | T | Buy | 05/14/20 | J | | |
| 101. Electronic Arts Inc (EA) | A | Dividend | K | T | | | | | |
| 102. Facebook Inc Cl A (FB) | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Huntington Ingalls Inds Inc (HII) | A | Dividend | | | Sold | 04/17/20 | J | | |
| 104. IAC/Interactive Corp (IAC) | | None | | | Buy (add'l) | 02/27/20 | J | | |
| 105. | | | | | Sold | 10/23/20 | J | | |
| 106. Intel Corp (INTC) | A | Dividend | | | Sold | 07/29/20 | K | B | |
| 107. Intercontinental Exchange (ICE) | A | Dividend | K | T | | | | | |
| 108. Intuitive Surgical Inc (ISRG) | | None | J | T | | | | | |
| 109. LVMH Moet Hennessy Louis Vuitton ADR (LVMUY) | A | Dividend | K | T | | | | | |
| 110. Eli Lilly & Co (LLY) | A | Dividend | J | T | | | | | |
| 111. MGM Resorts Intl (MGM) | A | Dividend | | | Buy (add'l) | 02/27/20 | J | | |
| 112. | | | | | Sold | 04/16/20 | J | | |
| 113. Madison Square Garden Sports Corp (MSGS) | | None | J | T | | | | | |
| 114. Madison Square Garden Entertainment Corp Cl A (MSGE) | | None | J | T | Spinoff (from line 113) | 04/20/20 | J | | |
| 115. Martin Marietta Materials Inc (MLM) | A | Dividend | K | T | Buy | 08/13/20 | J | | |
| 116. Mastercard Inc Cl A (MA) | A | Dividend | K | T | | | | | |
| 117. Match Group Inc (MTCH) | | None | K | T | Spinoff (from line 104) | 07/02/20 | J | | |
| 118. Merck & Company Inc (MRK) | A | Dividend | K | T | | | | | |
| 119. Microsoft Corp (MSFT) | A | Dividend | L | T | Sold (part) | 03/13/20 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Motorola Solutions Inc New (MSI) | A | Dividend | | | Sold | 08/13/20 | J | B | |
| 121. Northrop Gruman Corp (NOC) | A | Dividend | J | T | | | | | |
| 122. Novo Nordisk AS ADR (NVO) | A | Dividend | J | T | Buy | 04/20/20 | J | | |
| 123. Paypal Holdings Inc (PYPL) | | None | K | T | | | | | |
| 124. Pfizer Inc (PFE) | A | Dividend | J | T | | | | | |
| 125. Qorvo Inc (QRVO) | | None | K | T | Buy | 07/30/20 | J | | |
| 126. Quidel Corp (QDEL) | | None | J | T | Buy | 04/20/20 | J | | |
| 127. Shenzhou Intl Group Holdings ADR (SHZHY) | A | Dividend | K | T | Buy (add'l) | 02/27/20 | J | | |
| 128. Sirius XM Holdings Inc (SIRI) | A | Dividend | | | Sold | 04/17/20 | J | | |
| 129. Skyworks Solutions Inc (SWKS) | A | Dividend | J | T | Buy | 07/30/20 | J | | |
| 130. Southwest Airlines Co (LUV) | | None | | | Buy | 03/13/20 | J | | |
| 131. | | | | | Sold | 04/16/20 | J | | |
| 132. Stanley Black & Decker Inc (SWK) | A | Dividend | | | Sold | 04/17/20 | J | | |
| 133. Tenecent Holdings LTD Unspons ADR (TCEHY) | A | Dividend | J | T | | | | | |
| 134. Texas Instruments Inc (TXN) | A | Dividend | K | T | | | | | |
| 135. Twitter Inc (TWTR) | | None | K | T | Sold (part) | 04/17/20 | J | | |
| 136. | | | | | Buy (add'l) | 10/30/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Union Pacific Corp (UNP) | A | Dividend | K | T | | | | | |
| 138.  UnitedHealth Group Inc (UNH) | A | Dividend | K | T | | | | | |
| 139.  Viper Energy Partners LP (VNOM) | A | Dividend | | | Buy | 01/03/20 | J | | |
| 140. | | | | | Sold | 04/16/20 | J | | |
| 141.  Walmart Inc (WMT) | A | Dividend | J | T | Sold (part) | 03/16/20 | J | A | |
| 142.  Waste Management Inc DEL ▇▇▇▇ | A | Dividend | J | T | | | | | |
| 143.  Zebra Technologies Corp Cl A (ZBRA) | | None | K | T | Sold (part) | 01/06/20 | J | A | |
| 144. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 145.  Pernod Ricard (PDRDF) | A | Dividend | K | T | | | | | |
| 146.  Ferrari NV (RACE) | A | Dividend | K | T | | | | | |
| 147.  Ishares US Oil & Gas Exploration & Production ETF▇▇▇▇ | | None | | | Sold | 01/02/20 | J | A | |
| 148.  Account #6 (H) | | | | | | | | | |
| 149.  Stifel Insured Bank Account (cash) | A | Interest | J | T | | | | | |
| 150.  Fishers IN Redev Dist Exit 10 Infra Ser A B/ E OID ▇▇▇▇ | A | Interest | | | Redeemed | 01/15/20 | J | | |
| 151.  Indiana St Fin Auth Rev RFDG Facs Ser C B/E Cpn 5.000% ▇▇▇▇ | A | Interest | K | T | | | | | |
| 152.  Hamilton Sthestrn IN Cons Sch Bldg Corp Rev RFDG 1st Mtg▇▇▇▇ | A | Interest | K | T | | | | | |
| 153.  Carlisle Sullivan IN Sch Bldg Corp RFDG 1st Mtg▇▇▇▇ | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Franklin TWP IN Mult Sch Bldg Corp RFDG B/E 1st Mtg Ser A ▮▮▮▮ | A | Interest | J | T | | | | | |
| 155. Crown Point IN Mlti Sch Bldg Corp RFDG 1st Mtg B/E ▮▮▮▮ | A | Interest | K | T | | | | | |
| 156. Ivy Tech Cmnty Cllg IN RFDG Stdnt Fee Ser O B/E ▮▮▮▮ | A | Interest | K | T | | | | | |
| 157. Greenfield IN Sew Wke REV B/E PTC Cpn 3.000% Due 01/01/26 ▮▮▮▮ | A | Interest | K | T | | | | | |
| 158. Hamilton Sthestrn IN B/E Cons Sch Bldg Corp RFDG 1st Mtg ▮▮▮▮ | A | Interest | K | T | | | | | |
| 159. Plainfield IN Cmnty High Sch Bldg Corp RFDG 1st ▮▮▮▮ | A | Interest | K | T | | | | | |
| 160. Decatur TWP Marion Cnty IN Mult Sch Bldg Corp 1st ▮▮▮▮ | A | Interest | K | T | | | | | |
| 161. South Adams IN Sch Bldg Corp 1st Mtg RFDG & Imp ▮▮▮▮ | A | Interest | K | T | | | | | |
| 162. Mt Vernon IN Sch Bldg Corp RFDG ▮▮▮▮ | A | Interest | K | T | | | | | |
| 163. CitiBank NA Sioux Falls SD CD ▮▮▮▮ | A | Interest | K | T | Buy | 01/23/20 | K | | |
| 164. Account #7 (H) | | | | | | | | | |
| 165. Schwab Cash & Money Market Account (cash) | A | Interest | L | T | | | | | |
| 166. Acadia Phamaceutical (ACAD) | | None | J | T | Buy | 05/12/20 | J | | |
| 167. Accolade Inc (ACCD) | | None | J | T | Buy | 07/02/20 | J | | |
| 168. ADC Therapeutics SA (ADCT) | | None | | | Buy | 05/15/20 | J | | |
| 169. | | | | | Sold (part) | 07/01/20 | J | A | |
| 170. | | | | | Sold | 08/11/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Adyen NV Unsposored ADR (ADYEY) | | None | J | T | Buy | 05/13/20 | J | | |
| 172. | | | | | Sold (part) | 10/12/20 | J | A | |
| 173. Aerovironment Inc (AVAV) | | None | J | T | Buy | 04/17/20 | J | | |
| 174. | | | | | Sold (part) | 07/01/20 | J | B | |
| 175. Akoustis Technologies In (AKTS) (X) | | None | J | T | | | | | |
| 176. Altria Group Inc (MO) | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 177. | | | | | Buy (add'l) | 05/27/20 | J | | |
| 178. American Airlines Group (AAL) | | None | | | Buy | 03/04/20 | J | | |
| 179. | | | | | Sold | 03/09/20 | J | | |
| 180. American Eagle Outfitters (AEO) | | None | | | Buy | 05/26/20 | J | | |
| 181. | | | | | Sold | 10/19/20 | J | A | |
| 182. Arya Sciences Acquisit F Corp Act (ARYA) | | None | | | Buy | 06/16/20 | J | | |
| 183. | | | | | Merged (with line 252) | 07/06/20 | J | | |
| 184. Avantor Inc (AVTR) | | None | | | Buy | 07/07/20 | J | | |
| 185. | | | | | Sold | 10/09/20 | J | A | |
| 186. Azek Co Inc (AZEK) | | None | J | T | Buy | 06/12/20 | J | | |
| 187. Barrick Gold Corp (GOLD) | A | Dividend | J | T | Buy | 04/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Bausch Health Cos Inc (BHC) | None | | | | Buy | 05/08/20 | J | | |
| 189. | | | | | Sold | 09/21/20 | J | | |
| 190. Berkeley Lights Inc (BLI) | None | | | | Buy | 07/17/20 | J | | |
| 191. | | | | | Sold | 11/10/20 | J | A | |
| 192. Bill Com Holdings Inc (BILL) | None | | J | T | Buy | 06/18/20 | J | | |
| 193. Biolife Solutions (BLFS) | None | | | | Buy | 04/27/20 | J | | |
| 194. | | | | | Sold | 08/10/20 | J | B | |
| 195. Bloom Energy Corp (BE) | None | | J | T | Buy | 08/13/20 | J | | |
| 196. Blueprint Medicines Corp (BPMC) | None | | J | T | Buy | 04/28/20 | J | | |
| 197. Cadence Design Sys (CDNS) | None | | J | T | Buy | 05/13/20 | J | | |
| 198. Calibre Mining Corp (CXBMF) (X) | None | | J | T | | | | | |
| 199. Calliditas Therapeutic F Unsponsored ADR (CALT) | None | | | | Buy | 06/05/20 | J | | |
| 200. | | | | | Sold | 08/21/20 | J | A | |
| 201. Canadian Solar Inc (CSIQ) | None | | J | T | Buy | 07/24/20 | J | | |
| 202. | | | | | Sold<br>(part) | 12/22/20 | J | B | |
| 203. CarGurus Inc (CARG) | None | | | | Buy | 04/29/20 | J | | |
| 204. | | | | | Sold | 10/05/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Change Healthcare Inc (CHNG) | | None | J | T | Buy | 06/09/20 | J | | |
| 206. Ciena Corp (CIEN) | | None | J | T | Buy | 04/27/20 | J | | |
| 207. Cohen & Steers Closed EN (FOF) | A | Dividend | | | Sold | 04/20/20 | J | | |
| 208. Cohen Steers Qual Income (RQI) | A | Dividend | J | T | Buy | 05/27/20 | J | | |
| 209. Compania De Minas Buen F Sponsored ADR (BVN) | | None | J | T | Buy | 12/28/20 | J | | |
| 210. Cummins Inc (CMI) | A | Dividend | J | T | Buy | 08/17/20 | J | | |
| 211. DXC Technology Co (DXC) | | None | J | T | Buy | 07/20/20 | J | | |
| 212. Datto Hldg Corp (MSP) | | None | J | T | Buy | 11/25/20 | J | | |
| 213. Delta Airlines Inc Del (DAL) | | None | | | Buy | 03/20/20 | J | | |
| 214. | | | | | Sold | 04/20/20 | J | | |
| 215. DocuSign Inc (DOCU) | | None | | | Buy | 04/16/20 | J | | |
| 216. | | | | | Sold<br>(part) | 06/02/20 | J | A | |
| 217. | | | | | Sold<br>(part) | 06/26/20 | J | A | |
| 218. | | | | | Sold | 06/29/20 | J | A | |
| 219. Domo Inc (DOMO) | | None | J | T | Buy | 08/07/20 | J | | |
| 220. Dynatrace Holdings LLC (DT) | | None | J | T | Buy | 05/19/20 | J | | |
| 221. Electronic Arts Inc (EA) | A | Dividend | J | T | Buy | 05/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Emergent Biosolution (EBS) | | None | | | Buy | 04/20/20 | J | | |
| 223. | | | | | Sold | 08/03/20 | J | B | |
| 224. Entegris Inc (ENTG) | A | Dividend | J | T | Buy | 05/21/20 | J | | |
| 225. Exone Co (XONE) | | None | J | T | Buy | 08/31/20 | J | | |
| 226. First Trust Mortgage Inc (FMY) | A | Dividend | | | Buy | 03/20/20 | J | | |
| 227. | | | | | Sold | 04/20/20 | J | | |
| 228. Formfactor Inc (FORM) | | None | J | T | Buy | 04/16/20 | J | | |
| 229. Freeport-McMoran Inc (FCX) | | None | | | Buy | 05/07/20 | J | | |
| 230. | | | | | Sold | 07/24/20 | J | A | |
| 231. Fulgent Genetics Inc (FLGT) | | None | | | Buy | 04/29/20 | J | | |
| 232. | | | | | Buy<br>(add'l) | 05/05/20 | J | | |
| 233. | | | | | Sold | 08/10/20 | J | D | |
| 234. Galaxy Digital Hol Ordf (BRPHF) | | None | | | Buy | 06/12/20 | J | | |
| 235. | | | | | Sold | 08/10/20 | J | B | |
| 236. Gamestop Corp Cl A (GME) (X) | | None | | | Sold | 05/05/20 | J | A | |
| 237. Genmark Diagnostics (GNMK) | | None | J | T | Buy | 06/22/20 | J | | |
| 238. Gilead Sciences Inc (GILD) | A | Dividend | J | T | Buy | 09/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  Goldman Sachs BDC Inc (GSBD) | A | Dividend | | | Buy | 03/20/20 | J | | |
| 240. | | | | | Sold | 08/19/20 | J | A | |
| 241.  Graf Industrial Corp (GRAF) | | None | | | Buy | 07/07/20 | J | | |
| 242. | | | | | Merged (with line 326) | 09/30/20 | J | | |
| 243.  Grayscale Ethereum T (ETHE) | | None | J | T | Buy | 06/22/20 | J | | |
| 244.  HCA Healthcare Inc (HCA) | | None | | | Buy | 06/01/20 | J | | |
| 245. | | | | | Sold | 07/20/20 | J | | |
| 246.  Heritage Global Inc (HGBL) | | None | J | T | Buy | 10/12/20 | J | | |
| 247.  Hut Eight Mining Corp (HUTMF) | | None | J | T | Buy | 05/06/20 | J | | |
| 248. | | | | | Sold (part) | 06/08/20 | J | A | |
| 249.  Hyliion Hldgs Corp (HYLN) | | None | J | T | Buy | 08/13/20 | J | | |
| 250.  ICU Medical Inc (ICUI) | | None | | | Buy | 04/16/20 | J | | |
| 251. | | | | | Sold | 05/20/20 | J | | |
| 252.  Immatics NV (IMTX) | | None | J | T | | | | | |
| 253.  Immunomedics Inc (IMMU) | | None | | | Buy | 04/21/20 | J | | |
| 254. | | | | | Sold (part) | 06/26/20 | J | A | |
| 255. | | | | | Sold | 06/29/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  Inari Med Inc (NARI) | | None | | | Buy | 05/22/20 | J | | |
| 257. | | | | | Sold | 08/31/20 | J | B | |
| 258.  Inseego Corp (INSG) | | None | J | T | Buy | 04/17/20 | J | | |
| 259.  Inspire Medical Systems (INSP) | | None | | | Buy | 05/28/20 | J | | |
| 260. | | | | | Sold | 12/15/20 | J | C | |
| 261.  Insurance Acquisition Co Cl A (INSU) | | None | | | Buy | 06/29/20 | J | | |
| 262. | | | | | Merged<br>(with line 311) | 10/15/20 | J | | |
| 263.  Intercept Pharma Inc (ICPT) | | None | J | T | Buy | 11/09/20 | J | | |
| 264.  Interprivate Acquisition (IPV) | | None | J | T | Buy | 12/28/20 | J | | |
| 265.  IRobot Corp (IRBT) | | None | J | T | Buy | 05/14/20 | J | | |
| 266.  ITron Inc (ITRI) | | None | J | T | Buy | 12/23/20 | J | | |
| 267.  Lantern Pharma Inc (LTRN) | | None | J | T | Buy | 06/11/20 | J | | |
| 268.  Legend Biotech Corp F Unsponsored ADR<br>(LEGN) | | None | J | T | Buy | 06/05/20 | J | | |
| 269.  Liquidity Services (LQDT) | | None | | | Buy | 07/01/20 | J | | |
| 270. | | | | | Sold | 10/12/20 | J | | |
| 271.  Lumentum Holdings Inc (LITE) | | None | J | T | Buy | 06/01/20 | J | | |
| 272.  Luminex Corp Del (LMNX) | A | Dividend | | | Buy | 07/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold | 10/07/20 | J | | |
| 274. Microchip Technology (MCHP) | | None | J | T | Buy | 12/29/20 | J | | |
| 275. Natera Inc (NTRA) | | None | J | T | Buy | 04/20/20 | J | | |
| 276. Ncino Inc (NCNO) | | None | J | T | Buy | 07/14/20 | J | | |
| 277. Netfin Acquisition Cor F Class A (NFIN) | | None | | | Buy | 07/31/20 | J | | |
| 278. | | | | | Merged (with line 324) | 11/12/20 | J | | |
| 279. Newell Brands Inc (NWL) | A | Dividend | | | Buy | 03/20/20 | J | | |
| 280. | | | | | Sold | 07/21/20 | J | A | |
| 281. Nintendo LTD Sponsored ADR (NTDOY) | A | Dividend | J | T | Buy | 06/18/20 | J | | |
| 282. On Semiconductor Co (ON) | | None | J | T | Buy | 08/10/20 | J | | |
| 283. Onconova Therapeutic (ONTX) | | None | | | Buy | 06/15/20 | J | | |
| 284. | | | | | Sold | 07/21/20 | J | B | |
| 285. Oric Pharmaceuticals Inc (ORIC) | | None | | | Buy | 04/24/20 | J | | |
| 286. | | | | | Sold | 12/16/20 | J | A | |
| 287. Otis Worldwide Corp (OTIS) | A | Dividend | J | T | Buy | 04/20/20 | J | | |
| 288. Owl Rock Capital Corp (ORCC) | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 289. Ping Identity Holding Corp (PING) | | None | | | Buy | 05/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 08/31/20 | J | A | |
| 291.  Pinterest Inc (PINS) | | None | | | Buy | 04/22/20 | J | | |
| 292. | | | | | Sold | 07/31/20 | J | B | |
| 293.  Quidel Corp (QDEL) | | None | | | Buy | 09/21/20 | J | | |
| 294. | | | | | Sold | 11/11/20 | J | A | |
| 295.  Relay Therapeutics Inc (RLAY) | | None | | | Buy | 07/17/20 | J | | |
| 296. | | | | | Sold | 11/13/20 | J | A | |
| 297.  Renalytix AI PLC Unsponsored ADR (RNLX) | | None | | | Buy | 07/17/20 | J | | |
| 298. | | | | | Sold | 08/21/20 | J | A | |
| 299.  Repare Therapeutics In F (RPTX) | | None | J | T | Buy | 06/19/20 | J | | |
| 300.  Rocket Companies Class A (RKT) | | None | | | Buy | 08/13/20 | J | | |
| 301. | | | | | Sold | 08/24/20 | J | A | |
| 302.  Royalty Pharma PLC (RPRX) | A | Dividend | J | T | Buy | 06/16/20 | J | | |
| 303.  Sangamo Therapeutics (SGMO) (X) | | None | | | Sold (part) | 05/26/20 | J | A | |
| 304. | | | | | Sold | 08/03/20 | J | A | |
| 305.  Schrodinger Inc (SDGR) | | None | J | T | Buy | 08/14/20 | J | | |
| 306.  Scorpio Tankers Inc (STNG) | A | Dividend | J | T | Buy | 04/29/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Seagen Inc (SGEN) | | None | J | T | Buy | 06/01/20 | J | | |
| 308. SelectQuote Inc (SLQT) | | None | J | T | Buy | 05/21/20 | J | | |
| 309. Shift4 PMTS Inc (FOUR) | | None | | | Buy | 06/05/20 | J | | |
| 310. | | | | | Sold | 11/25/20 | J | B | |
| 311. Shift Technologies Inc Cl A (SFT) | | None | J | T | | | | | |
| 312. Silvercorp Metals (SVM) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 313. Simon Property Group (SPG) | | None | | | Buy | 04/02/20 | J | | |
| 314. | | | | | Sold (part) | 04/13/20 | J | A | |
| 315. | | | | | Sold | 04/20/20 | J | A | |
| 316. Stable Road Acquisition Cl A (SRAC) | | None | J | T | Buy | 12/29/20 | J | | |
| 317. Sunnova Energy Intl Inc (NOVA) | | None | | | Buy | 08/10/20 | J | | |
| 318. | | | | | Sold | 12/28/20 | J | A | |
| 319. Syros Pharmeceuticals In (SYRS) | | None | J | T | Buy | 08/28/20 | J | | |
| 320. Teekay Tankers LTD (TNK) | | None | J | T | Buy | 04/21/20 | J | | |
| 321. The RealReal Inc (REAL) | | None | | | Buy | 04/29/20 | J | | |
| 322. | | | | | Sold | 08/31/20 | J | A | |
| 323. Thermo Fisher Scientific (TMO) | A | Dividend | J | T | Buy | 05/27/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  Triterras Inc F Class A (TRIT) | | None | J | T | | | | | |
| 325.  Veeco Instruments (VECO) | | None | J | T | Buy | 05/15/20 | J | | |
| 326.  Velodyne Lidar Inc (VLDR) | | None | J | T | | | | | |
| 327.  Verra Mobility Corp (VRRM) | | None | J | T | Buy | 04/27/20 | J | | |
| 328.  Vertex Inc (VERX) | | None | J | T | Buy | 07/29/20 | J | | |
| 329.  Vicor Corp (VICR) | | None | J | T | Buy | 06/19/20 | J | | |
| 330.  Viemed Healthcare Inc (VMD) | | None | J | T | Buy | 06/09/20 | J | | |
| 331.  Vital Farms Inc (VITL) | | None | J | T | Buy | 07/31/20 | J | | |
| 332.  Vroom Inc (VRM) | | None | J | T | Buy | 06/09/20 | J | | |
| 333.  Warner Music Group Corp (WMG) | A | Dividend | | | Buy | 06/03/20 | J | | |
| 334. | | | | | Sold | 11/25/20 | J | A | |
| 335.  Workhorse Group Inc (WKHS) | | None | J | T | Buy | 08/03/20 | J | | |
| 336. | | | | | Buy<br>(add'l) | 08/06/20 | J | | |
| 337. | | | | | Sold<br>(part) | 10/12/20 | J | A | |
| 338.  Xilinx Inc (XLNX) | A | Dividend | | | Buy | 07/06/20 | J | | |
| 339. | | | | | Sold | 10/27/20 | J | A | |
| 340.  Zendesk Inc (ZEN) | | None | | | Buy | 07/02/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold | 12/01/20 | J | A | |
| 342. ZoomInfo Technologies (ZI) | | None | J | T | Buy | 06/04/20 | J | | |
| 343. Zuora Inc Cl A (ZUO) | | None | J | T | Buy | 04/16/20 | J | | |
| 344. Zymeworks Inc (ZYME) | | None | J | T | Buy | 04/21/20 | J | | |
| 345. 1Life Healthcare Inc (ONEM) | | None | J | T | Buy | 08/17/20 | J | | |
| 346. 3D Systems Corp (DDD) | | None | J | T | Buy | 05/14/20 | J | | |
| 347. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 348. Proshares Ultra QQQ ETF (QLD) | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 349. | | | | | Sold (part) | 04/22/20 | J | B | |
| 350. | | | | | Sold | 05/14/20 | J | B | |
| 351. | | | | | Buy | 06/30/20 | J | | |
| 352. Proshares Ultrashort Basic Materials (SMN) | | None | J | T | Buy | 09/21/20 | J | | |
| 353. Proshares Ultrashort Financials ETF (SKF) | | None | | | Buy | 09/15/20 | J | | |
| 354. | | | | | Sold | 10/01/20 | J | A | |
| 355. SPDR Gold Trust ETF (GLD) | A | Dividend | | | Buy | 04/28/20 | J | | |
| 356. | | | | | Sold | 07/27/20 | J | A | |
| 357. Vanguard Extended Duration ETF (EDV) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Blueknight Energy Par LP (BKEP) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 359. Crown Castle Intl Co (CCI) | A | Dividend | J | T | Buy | 07/09/20 | J | | |
| 360. Western Midstream Par LP (WES) (was Western Gas Equity PA LP (WES)) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 361. Call Activision Blizzard (ATVI) | | None | | | Buy | 04/23/20 | J | | |
| 362. | | | | | Sold | 05/06/20 | J | B | |
| 363. | | | | | Buy | 05/26/20 | J | | |
| 364. | | | | | Sold | 06/05/20 | J | | |
| 365. Call Advanced Micro Devi (AMD) | | None | | | Buy | 05/05/20 | J | | |
| 366. | | | | | Sold | 07/24/20 | J | B | |
| 367. | | | | | Buy | 09/15/20 | J | | |
| 368. | | | | | Sold | 12/09/20 | J | B | |
| 369. Call Aerovironment Inc (AVAV) | | None | | | Buy | 05/12/20 | J | | |
| 370. | | | | | Sold (part) | 05/26/20 | J | A | |
| 371. | | | | | Sold (part) | 05/28/20 | J | A | |
| 372. | | | | | Sold | 06/05/20 | J | B | |
| 373. Call Alnylam Pharmaceutical (ALNY) | | None | | | Buy | 06/09/20 | J | | |
| 374. | | | | | Sold | 06/19/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  Call Amcor PLC (AMCR) | | None | | | Buy | 07/06/20 | J | | |
| 376. | | | | | Sold | 08/10/20 | J | | |
| 377.  Call Apple Inc (AAPL) | | None | | | Buy | 07/31/20 | J | | |
| 378. | | | | | Sold | 08/04/20 | J | B | |
| 379.  Call Autonation Inc (AN) | | None | | | Buy | 05/12/20 | J | | |
| 380. | | | | | Sold | 05/26/20 | J | A | |
| 381.  Call Archer Daniels Midl (ADM) | | None | | | Buy | 10/08/20 | J | | |
| 382. | | | | | Sold | 10/20/20 | J | B | |
| 383.  Call Biogen Inc (BIIB) | | None | | | Buy | 04/27/20 | J | | |
| 384. | | | | | Sold | 05/08/20 | J | A | |
| 385.  Call Bristol-Myers Squib (BMY) | | None | | | Buy | 07/20/20 | J | | |
| 386. | | | | | Sold | 08/11/20 | J | B | |
| 387.  Call Cadence Design Sys (CDNS) | | None | | | Buy | 05/28/20 | J | | |
| 388. | | | | | Sold | 07/02/20 | J | A | |
| 389.  Call Canopy Growth Corp (CGC) | | None | J | T | Buy | 04/20/20 | J | | |
| 390. | | | | | Sold | 04/24/20 | J | | |
| 391. | | | | | Buy | 08/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Call Charles Schwab Corp (SCHW) | None | | | | Buy | 09/21/20 | J | | |
| 393. | | | | | Sold | 09/29/20 | J | | |
| 394. Call Cisco Systems Inc (CSCO) | None | | | | Buy | 05/14/20 | J | | |
| 395. | | | | | Sold (part) | 06/02/20 | J | A | |
| 396. | | | | | Sold | 06/05/20 | J | A | |
| 397. Call Cloudflare Inc (NET) | None | | | | Buy | 07/20/20 | J | | |
| 398. | | | | | Sold (part) | 10/12/20 | J | B | |
| 399. | | | | | Sold | 11/17/20 | J | B | |
| 400. Call Cognizant Tech Solu (CTSH) | None | | | | Buy | 07/31/20 | J | | |
| 401. | | | | | Sold | 10/09/20 | J | A | |
| 402. Call Commercial Metals C (CMC) | None | | | | Buy | 06/23/20 | J | | |
| 403. | | | | | Sold | 08/04/20 | J | | |
| 404. Call Crowdstrike Holdings (CRWS) | None | | | | Buy | 04/16/20 | J | | |
| 405. | | | | | Sold | 04/20/20 | J | B | |
| 406. | | | | | Buy | 05/01/20 | J | | |
| 407. | | | | | Sold | 05/07/20 | J | A | |
| 408. Call Crowdstrike Holdings I (CRWD) | None | | | | Buy | 07/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Sold | 08/10/20 | J | | |
| 410. Call Cytokinetics Inc (CYTK) | | None | | | Buy | 07/01/20 | J | | |
| 411. | | | | | Sold (part) | 07/08/20 | J | B | |
| 412. | | | | | Sold | 07/10/20 | J | B | |
| 413. Call Devon Energy Corp (DVN) | | None | | | Buy | 04/14/20 | J | | |
| 414. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 415. | | | | | Sold | 04/20/20 | J | | |
| 416. Call DR Horton Co (DHI) | | None | | | Buy | 08/11/20 | J | | |
| 417. | | | | | Sold | 08/20/20 | J | A | |
| 418. | | | | | Buy | 09/09/20 | J | | |
| 419. | | | | | Sold | 10/16/20 | J | A | |
| 420. Call DSP Groups Inc (DSPG) | | None | | | Buy | 05/26/20 | J | | |
| 421. | | | | | Sold | 06/10/20 | J | | |
| 422. Call Ebay Inc (EBAY) | | None | | | Buy | 05/05/20 | J | | |
| 423. | | | | | Sold | 05/08/20 | J | A | |
| 424. Call El Pollo Loco Hldgs (LOCO) | | None | | | Buy | 06/02/20 | J | | |
| 425. | | | | | Sold | 06/05/20 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426.  Call Encore Capital Group (ECPG) | None | | | | Buy | 06/10/20 | J | | |
| 427. | | | | | Sold | 06/16/20 | J | A | |
| 428.  Call Enphase Energy Inc (ENPH) | None | | | | Buy | 06/18/20 | J | | |
| 429. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 430. | | | | | Sold<br>(part) | 07/17/20 | J | B | |
| 431. | | | | | Sold<br>(part) | 07/21/20 | J | A | |
| 432. | | | | | Sold | 08/04/20 | J | B | |
| 433.  Call Etsy Inc (ETSY) | None | | | | Buy | 09/10/20 | J | | |
| 434. | | | | | Sold | 11/30/20 | J | B | |
| 435.  Call Exxon Mobil Corp (XOM) | None | | | | Buy | 06/04/20 | J | | |
| 436. | | | | | Sold<br>(part) | 06/05/20 | J | B | |
| 437. | | | | | Sold | 06/09/20 | J | B | |
| 438.  Call Facebook (FB) | None | | | | Buy | 07/31/20 | J | | |
| 439. | | | | | Sold | 08/26/20 | J | C | |
| 440.  Call Fastenal Co (FAST) | None | | | | Buy | 05/07/20 | J | | |
| 441. | | | | | Sold<br>(part) | 05/18/20 | J | A | |
| 442. | | | | | Sold | 05/19/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. Call Fastly Inc (FSLY) | | None | J | T | Buy | 10/05/20 | J | | |
| 444. | | | | | Sold | 10/08/20 | J | B | |
| 445. | | | | | Buy | 12/29/20 | J | | |
| 446. Call Freeport-McMoran In (FCX) | | None | J | T | Buy | 12/29/20 | J | | |
| 447. Call F5 Networks Inc (FFIV) | | None | | | Buy | 04/28/20 | J | | |
| 448. | | | | | Sold | 07/21/20 | J | A | |
| 449. Call Glu Mobile Inc (GLUU) | | None | | | Buy | 12/02/20 | J | | |
| 450. | | | | | Sold | 12/16/20 | J | | |
| 451. Call GrubHub (GRUB) | | None | | | Buy | 04/17/20 | J | | |
| 452. | | | | | Sold | 05/07/20 | J | A | |
| 453. Call Guardant Health Inc (GH) | | None | | | Buy | 06/02/20 | J | | |
| 454. | | | | | Sold | 09/15/20 | J | A | |
| 455. Call Interntnl Paper (IP) | | None | J | T | Buy | 12/28/20 | J | | |
| 456. Call Invesco LTD (IVZ) | | None | | | Buy | 09/10/20 | J | | |
| 457. | | | | | Sold | 10/07/20 | J | B | |
| 458. Call Invitae Corp (NVTA) | | None | | | Buy | 04/28/20 | J | | |
| 459. | | | | | Sold | 06/22/20 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460. | | | | | Buy | 08/12/20 | J | | |
| 461. | | | | | Sold | 08/20/20 | J | A | |
| 462. Call Iridium Communications (IRDM) | None | | | | Buy | 06/19/20 | J | | |
| 463. | | | | | Sold | 08/11/20 | J | B | |
| 464. Call Ishr US Home Cnstr (ITB) | None | | | | Buy | 05/06/20 | J | | |
| 465. | | | | | Sold | 05/21/20 | J | A | |
| 466. | | | | | Buy | 06/26/20 | J | | |
| 467. | | | | | Sold | 07/16/20 | J | A | |
| 468. Call Johnson Controls In (JCI) | None | | | | Buy | 09/21/20 | J | | |
| 469. | | | | | Sold | 09/25/20 | J | | |
| 470. Call Kansas City Southern (KSU) | None | | | | Buy | 04/20/20 | J | | |
| 471. | | | | | Sold | 04/28/20 | J | A | |
| 472. Call Knight Swift Transp (KNX) | None | | | | Buy | 05/20/20 | J | | |
| 473. | | | | | Sold | 05/28/20 | J | A | |
| 474. Call Kroger Co (KR) | None | | | | Buy | 07/01/20 | J | | |
| 475. | | | | | Sold | 08/18/20 | J | A | |
| 476. Call Kulicke & Soffa Ind (KLIC) | None | | | | Buy | 07/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 07/28/20 | J | B | |
| 478. | | | | | Sold | 08/11/20 | J | A | |
| 479. Call Lennar Corp (LEN) | | None | | | Buy | 06/03/20 | J | | |
| 480. | | | | | Sold | 07/17/20 | J | A | |
| 481. | | | | | Buy | 07/27/20 | J | | |
| 482. | | | | | Sold | 10/01/20 | J | A | |
| 483. Call Liberty TripAdvisor (LTRPA) | | None | | | Buy | 07/08/20 | J | | |
| 484. | | | | | Sold | 08/11/20 | J | | |
| 485. Call LKQ Corp (LKQ) | | None | | | Buy | 07/08/20 | J | | |
| 486. | | | | | Sold (part) | 07/17/20 | J | A | |
| 487. | | | | | Sold | 07/27/20 | J | A | |
| 488. Call Loews Corp (L) | | None | | | Buy | 07/28/20 | J | | |
| 489. | | | | | Sold | 08/11/20 | J | A | |
| 490. Call Micron Technology (MU) | | None | | | Buy | 07/02/20 | J | | |
| 491. | | | | | Sold | 11/16/20 | J | B | |
| 492. Call Netflix Inc (NFLX) | | None | | | Buy | 07/17/20 | J | | |
| 493. | | | | | Sold | 08/25/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Call NortonLifeLock Inc (NLOK) | None | | | | Buy | 07/15/20 | J | | |
| 495. | | | | | Sold | 08/04/20 | J | A | |
| 496. Call Novocure LTD (NVCR) | None | | | | Buy | 05/26/20 | J | | |
| 497. | | | | | Sold | 07/31/20 | J | A | |
| 498. Call Onespan Inc (OSPN) | None | | | | Buy | 05/26/20 | J | | |
| 499. | | | | | Sold (part) | 05/28/20 | J | A | |
| 500. | | | | | Sold | 06/10/20 | J | A | |
| 501. Call Oracle Corp (ORCL) (X) | None | | | | Sold | 06/15/20 | J | | |
| 502. Call Parker-Hannifin Cor (PH) | None | | | | Buy | 08/11/20 | J | | |
| 503. | | | | | Sold | 11/05/20 | J | A | |
| 504. Call Pagerduty Inc (PD) | None | | | | Buy | 05/15/20 | J | | |
| 505. | | | | | Sold | 06/04/20 | J | A | |
| 506. Call Ping Identity Hldg (PING) | None | | | | Buy | 06/22/20 | J | | |
| 507. | | | | | Sold | 08/20/20 | J | | |
| 508. Call Pinterest Inc (PINS) | None | | | | Buy | 05/12/20 | J | | |
| 509. | | | | | Sold | 06/04/20 | J | B | |
| 510. | | | | | Buy | 09/10/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold | 09/23/20 | J | A | |
| 512. Call Potbelly Corp (PBPB) | | None | | | Buy | 06/10/20 | J | | |
| 513. | | | | | Sold | 08/11/20 | J | A | |
| 514. Call Proto Labs Inc (AZZ) | | None | | | Buy | 06/22/20 | J | | |
| 515. | | | | | Sold | 07/22/20 | J | B | |
| 516. Call PTC Inc (PTC) | | None | | | Buy | 08/26/20 | J | | |
| 517. | | | | | Sold | 11/24/20 | J | A | |
| 518. Call Pulte Group Inc (PHM) | | None | J | T | Buy | 05/07/20 | J | | |
| 519. | | | | | Sold | 05/22/20 | J | B | |
| 520. | | | | | Buy | 12/17/20 | J | | |
| 521. Call Pure Storage Inc (PSTG) | | None | J | T | Buy | 07/21/20 | J | | |
| 522. Call Qualcomm Inc (QCOM) | | None | | | Buy | 08/24/20 | J | | |
| 523. | | | | | Sold | 10/06/20 | J | A | |
| 524. Call Regeneron Pharms (REGN) | | None | | | Buy | 04/13/20 | J | | |
| 525. | | | | | Sold | 04/17/20 | J | B | |
| 526. | | | | | Buy | 05/13/20 | J | | |
| 527. | | | | | Sold | 05/26/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Call Revolve Group Inc (RVLV) | | None | | | Buy | 09/11/20 | J | | |
| 529. | | | | | Sold | 12/09/20 | J | A | |
| 530. Call Rollins Inc (ROL) | | None | | | Buy | 09/30/20 | J | | |
| 531. | | | | | Sold | 10/06/20 | J | B | |
| 532. Call Roper Technologies (ROP) | | None | | | Buy | 04/28/20 | J | | |
| 533. | | | | | Sold | 05/05/20 | J | A | |
| 534. Call Skyworks Solutions (DIA) | | None | | | Buy | 04/17/20 | J | | |
| 535. | | | | | Sold | 04/29/20 | J | C | |
| 536. Call Slack Technologies (WORK) | | None | | | Buy | 04/29/20 | J | | |
| 537. | | | | | Sold | 05/08/20 | J | B | |
| 538. | | | | | Buy | 05/15/20 | J | | |
| 539. | | | | | Sold | 06/01/20 | J | A | |
| 540. | | | | | Buy | 06/16/20 | J | | |
| 541. | | | | | Sold | 11/25/20 | J | A | |
| 542. Call Smartsheet Inc (SMAR) | | None | | | Buy | 07/29/20 | J | | |
| 543. | | | | | Sold | 08/26/20 | J | A | |
| 544. Call SPDR Biotech (XBI) | | None | | | Buy | 05/06/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold | 05/18/20 | J | B | |
| 546.  Call SPDR Dow Jones Industrial Average (DIA) | | None | J | T | Buy | 04/13/20 | J | | |
| 547. | | | | | Sold | 04/15/20 | J | | |
| 548. | | | | | Buy | 04/22/20 | J | | |
| 549. | | | | | Sold | 04/27/20 | J | A | |
| 550. | | | | | Buy | 05/04/20 | J | | |
| 551. | | | | | Sold | 05/05/20 | J | B | |
| 552. | | | | | Buy | 05/11/20 | J | | |
| 553. | | | | | Sold | 05/12/20 | J | A | |
| 554. | | | | | Buy | 05/14/20 | J | | |
| 555. | | | | | Sold | 05/15/20 | J | A | |
| 556. | | | | | Buy | 06/25/20 | J | | |
| 557. | | | | | Sold | 06/26/20 | J | | |
| 558. | | | | | Buy | 06/29/20 | J | | |
| 559. | | | | | Sold | 06/29/20 | J | A | |
| 560. | | | | | Buy | 06/30/20 | J | | |
| 561. | | | | | Buy (add'l) | 07/01/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 562. | | | | | Sold | 07/02/20 | J | B | |
| 563. | | | | | Buy | 07/14/20 | J | | |
| 564. | | | | | Sold | 07/15/20 | J | B | |
| 565. | | | | | Buy | 07/20/20 | J | | |
| 566. | | | | | Sold | 07/21/20 | J | A | |
| 567. | | | | | Buy | 07/22/20 | J | | |
| 568. | | | | | Buy | 07/27/20 | J | | |
| 569. | | | | | Buy<br>(add'l) | 09/01/20 | J | | |
| 570. | | | | | Sold | 09/02/20 | J | B | |
| 571. | | | | | Buy | 09/09/20 | J | | |
| 572. | | | | | Sold | 09/10/20 | J | A | |
| 573. | | | | | Buy | 09/14/20 | J | | |
| 574. | | | | | Sold | 09/15/20 | J | A | |
| 575. | | | | | Buy | 09/21/20 | J | | |
| 576. | | | | | Sold | 09/22/20 | J | A | |
| 577. | | | | | Buy | 09/29/20 | J | | |
| 578. | | | | | Sold | 09/30/20 | J | B | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 579. | | | | | Buy | 10/19/20 | J | | |
| 580. | | | | | Sold | 10/21/20 | J | | |
| 581. | | | | | Buy | 10/26/20 | J | | |
| 582. | | | | | Buy<br>(add'l) | 11/02/20 | J | | |
| 583. | | | | | Sold | 11/03/20 | J | B | |
| 584. | | | | | Buy | 11/23/20 | J | | |
| 585. | | | | | Sold | 11/24/20 | J | C | |
| 586. | | | | | Buy | 11/30/20 | J | | |
| 587. | | | | | Sold | 12/02/20 | J | | |
| 588. | | | | | Buy | 12/15/20 | J | | |
| 589. | | | | | Sold | 12/18/20 | J | | |
| 590. | | | | | Buy | 12/21/20 | J | | |
| 591. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 592. Call SPDR Home Bldrs (XHB) | None | J | T | | Buy | 08/04/20 | J | | |
| 593. Call SPDR S&P 500 (SPY) | None | | | | Buy | 06/30/20 | J | | |
| 594. | | | | | Sold<br>(part) | 07/02/20 | J | B | |
| 595. | | | | | Sold | 07/06/20 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. | | | | | Buy | 12/23/20 | J | | |
| 597. | | | | | Sold | 12/28/20 | J | A | |
| 598. Call Sprouts Farmers Mar (SFM) | | None | | | Buy | 04/17/20 | J | | |
| 599. | | | | | Buy (add'l) | 04/21/20 | J | | |
| 600. | | | | | Sold (part) | 04/28/20 | J | A | |
| 601. | | | | | Sold (part) | 05/06/20 | J | B | |
| 602. | | | | | Sold | 06/23/20 | J | A | |
| 603. Call Square Inc (SQ) | | None | | | Buy | 06/18/20 | J | | |
| 604. | | | | | Sold | 07/01/20 | J | A | |
| 605. Call State Street Corp (DIA) | | None | | | Buy | 04/20/20 | J | | |
| 606. | | | | | Sold | 04/28/20 | J | A | |
| 607. Call Sterling Construction (STRL) | | None | | | Buy | 08/11/20 | J | | |
| 608. | | | | | Sold | 12/15/20 | J | B | |
| 609. Call Stitch Fix Inc (SFIX) | | None | | | Buy | 06/23/20 | J | | |
| 610. | | | | | Sold | 07/08/20 | J | A | |
| 611. | | | | | Buy | 08/21/20 | J | | |
| 612. | | | | | Sold | 09/09/20 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Call STMicroelectronics (STM) | | None | J | T | Buy | 04/30/20 | J | | |
| 614. | | | | | Sold | 06/05/20 | J | A | |
| 615. | | | | | Buy | 09/15/20 | J | | |
| 616. | | | | | Sold | 10/12/20 | J | B | |
| 617. | | | | | Buy | 12/18/20 | J | | |
| 618. Call SunRun Inc (RUN) | | None | | | Buy | 04/21/20 | J | | |
| 619. | | | | | Sold | 05/19/20 | J | A | |
| 620. Call Tandem Diabetes Car (TNDM) | | None | | | Buy | 06/12/20 | J | | |
| 621. | | | | | Sold | 07/06/20 | J | B | |
| 622. Call Target Corp (TGT) | | None | | | Buy | 08/19/20 | J | | |
| 623. | | | | | Sold | 10/06/20 | J | A | |
| 624. Call Teladoc Inc (TDOC) | | None | | | Buy | 08/06/20 | J | | |
| 625. | | | | | Sold | 08/21/20 | J | A | |
| 626. Call Teradyne Incorporated (TER) | | None | | | Buy | 05/01/20 | J | | |
| 627. | | | | | Sold | 05/08/20 | J | A | |
| 628. | | | | | Buy | 07/31/20 | J | | |
| 629. | | | | | Sold | 11/10/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 630. Call Tesla Inc (TSLA) | | None | | | Buy | 05/01/20 | J | | |
| 631. | | | | | Sold | 05/05/20 | J | C | |
| 632. Call Textron Inc (TXT) | | None | | | Buy | 11/03/20 | J | | |
| 633. | | | | | Sold | 11/17/20 | J | C | |
| 634. Call The RealReal Inc (REAL) | | None | | | Buy | 08/11/20 | J | | |
| 635. | | | | | Sold | 12/23/20 | J | A | |
| 636. Call Turquoise Hill Resources (TRQ) | | None | J | T | Buy | 07/28/20 | J | | |
| 637. Call Turtle Beach Corp (HEAR) | | None | | | Buy | 12/14/20 | J | | |
| 638. | | | | | Sold | 12/16/20 | J | A | |
| 639. Call Twitter Inc (TWTR) | | None | | | Buy | 06/01/20 | J | | |
| 640. | | | | | Sold | 06/05/20 | J | A | |
| 641. Call Tyson Foods (TSN) | | None | | | Buy | 05/04/20 | J | | |
| 642. | | | | | Sold | 05/08/20 | J | A | |
| 643. Call Uber Technologies (UBER) | | None | | | Buy | 07/07/20 | J | | |
| 644. | | | | | Sold | 11/04/20 | J | A | |
| 645. Call Under Armour Inc (UA) | | None | | | Buy | 09/14/20 | J | | |
| 646. | | | | | Sold | 10/16/20 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 647.  Call Vaneck VCT Semiconductor (SMH) | | None | | | Buy | 05/15/20 | J | | |
| 648. | | | | | Sold | 06/03/20 | J | B | |
| 649. | | | | | Buy | 06/26/20 | J | | |
| 650. | | | | | Sold | 07/21/20 | J | A | |
| 651.  Call Weyerhauser Co (WY) | | None | | | Buy | 11/02/20 | J | | |
| 652. | | | | | Sold | 11/09/20 | J | A | |
| 653.  Call Yum China Holdings (YUMC) | | None | | | Buy | 05/21/20 | J | | |
| 654. | | | | | Sold | 07/14/20 | J | A | |
| 655.  Call Zillow Group Inc (ZG) | | None | | | Buy | 08/13/20 | J | | |
| 656. | | | | | Sold | 08/28/20 | J | B | |
| 657. | | | | | Buy | 11/17/20 | J | | |
| 658. | | | | | Sold | 12/10/20 | J | A | |
| 659.  Call Zscaler Inc (ZS) | | None | | | Buy | 04/21/20 | J | | |
| 660. | | | | | Sold | 05/07/20 | J | B | |
| 661.  Put Ball Corp (BLL) | | None | | | Buy | 04/27/20 | J | | |
| 662. | | | | | Sold | 05/11/20 | J | | |
| 663.  Put Blackstone Group Inc (BX) | | None | | | Buy | 08/11/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Sold | 09/04/20 | J | | |
| 665. Put Graftech International (EAF) | | None | | | Buy | 04/28/20 | J | | |
| 666. | | | | | Sold | 05/06/20 | J | A | |
| 667. Put Lincoln Ntnl Co (LNC) | | None | J | T | Buy | 12/16/20 | J | | |
| 668. Put Newmont Corp (NEM) | | None | | | Buy | 05/22/20 | J | | |
| 669. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 670. | | | | | Sold | 10/07/20 | J | | |
| 671. Put Nutrien LTD (NTR) | | None | | | Buy | 05/06/20 | J | | |
| 672. | | | | | Sold (part) | 05/14/20 | J | B | |
| 673. | | | | | Sold | 05/18/20 | J | A | |
| 674. Put Ntnl Oilwell Var (NOV) | | None | | | Buy | 09/30/20 | J | | |
| 675. | | | | | Sold | 10/28/20 | J | A | |
| 676. Put Occidental Petrol Co (OXY) | | None | | | Buy | 09/01/20 | J | | |
| 677. | | | | | Sold | 09/21/20 | J | A | |
| 678. Put Phillips 66 (PSX) | | None | | | Buy | 06/12/20 | J | | |
| 679. | | | | | Sold (part) | 06/24/20 | J | A | |
| 680. | | | | | Sold | 06/26/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. Put Schlumberger LTD (SLB) | | None | | | Buy | 04/17/20 | J | | |
| 682. | | | | | Sold | 05/06/20 | J | | |
| 683. Put SPDR Dow Jones Industrial Average (DIA) | | None | | | Buy | 04/28/20 | J | | |
| 684. | | | | | Sold | 04/29/20 | J | | |
| 685. | | | | | Buy | 05/06/20 | J | | |
| 686. | | | | | Sold | 05/07/20 | J | | |
| 687. | | | | | Buy | 05/19/20 | J | | |
| 688. | | | | | Buy (add'l) | 05/28/20 | J | | |
| 689. | | | | | Sold | 05/29/20 | J | B | |
| 690. | | | | | Buy | 06/01/20 | J | | |
| 691. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 692. | | | | | Sold | 06/11/20 | J | D | |
| 693. | | | | | Buy | 06/16/20 | J | | |
| 694. | | | | | Sold | 06/17/20 | J | A | |
| 695. | | | | | Buy | 06/19/20 | J | | |
| 696. | | | | | Sold | 06/22/20 | J | A | |
| 697. | | | | | Buy | 07/06/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 698. | | | | | Sold | 07/07/20 | J | A | |
| 699. | | | | | Buy | 08/14/20 | J | | |
| 700. | | | | | Sold | 08/20/20 | J | | |
| 701. | | | | | Buy | 08/26/20 | J | | |
| 702. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 703. | | | | | Sold | 09/17/20 | J | A | |
| 704. | | | | | Buy | 10/06/20 | J | | |
| 705. | | | | | Sold | 10/06/20 | J | B | |
| 706. | | | | | Buy | 11/06/20 | J | | |
| 707. | | | | | Buy (add'l) | 11/17/20 | J | | |
| 708. | | | | | Sold | 11/19/20 | J | B | |
| 709. | | | | | Buy | 12/08/20 | J | | |
| 710. | | | | | Sold | 12/11/20 | J | | |
| 711. Put Western Digital Corp (WDC) | | None | | | Buy | 05/12/20 | J | | |
| 712. | | | | | Sold | 05/14/20 | J | A | |
| 713. Put Xerox Holdings Corp (XRX) | | None | | | Buy | 04/20/20 | J | | |
| 714. | | | | | Buy (add'l) | 06/25/20 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Sold | 07/10/20 | J | | |
| 716. Put Yum Brands Inc (YUM) | | None | | | Buy | 09/08/20 | J | | |
| 717. | | | | | Sold | 09/21/20 | J | B | |
| 718. Put Zillow Group (Z) | | None | | | Buy | 04/13/20 | J | | |
| 719. | | | | | Sold | 05/26/20 | J | | |
| 720. Account #8 (H) | | | | | | | | | |
| 721. Fidelity HSA | | None | K | T | Buy | 04/14/20 | K | | |
| 722. Account #9 (H) | | | | | | | | | |
| 723. Materra LLC ▇▇▇▇ | | None | M | U | | | | | |
| 724. Account #10 (H) | | | | | | | | | |
| 725. Health Equity HSA | | None | | | Sold | 04/14/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweeney II, James R. | 05/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 6: Valuation is based upon the original purchase price.

Madison Square Garden Sports Corp (MSGS) was Madison Square Garden Co (MSG).

Account #3 is controlled and managed by the filer's former employer. The filer is permitted to adjust percentages of investment for each position, but the timing of any transactions is within the exclusive purview of the manager. Despite request, specific transaction dates are not available to the filer. In the absence of more precise information, transactions are reported as of the second business day of the quarter in which they occurred.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James R. Sweeney II**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544